UNITED STATES v. NASH. See Case No. 16,175.

UNITED STATES (NASON v.). See Case No. 10,024.

---

## Case No. 15,857.

### UNITED STATES v. NATHAN.

[4 Cranch, C. C. 470.] [1]

Circuit Court, District of Columbia. Oct. Term, 1834.

SLAVE—PUNISHMENT FOR LARCENY.

A slave, convicted of larceny in Alexandria county, is to be sentenced to be burnt in the hand and whipped.

Indictment [against Negro Nathan, a slave] for stealing a pair of shoes, of the value of one dollar. The prisoner pleaded guilty, and he was sentenced by the court to be burnt in the hand in open court, and to be whipped with ten stripes. See U. S. v. Clark (November term, 1825) [Case No. 14,802].